UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOFRAN SALES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WATKINS AND SHEPARD TRUCKING, INC., <br><br> Defendant, <br><br> and <br><br> THE PNC FINANCIAL SERVICES GROUP, INC., <br><br> Trustee Process Defendant. | CIVIL ACTION NO. |

**PLAINTIFF'S MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER**

Pursuant to Fed. R. Civ. P. 4(c)(3), the plaintiff moves for an order appointing Process Server Jon Pollack & Associates, 279 East Central Street, Franklin, MA 02038, as special process server to effect service of the Summons, Verified Complaint, and related materials on the defendants, who have principal addresses in Missoula, MT and Pittsburgh, PA, and who both have registered agents in Boston, Massachusetts.  An order allowing this Motion will serve the interests of judicial economy and efficiency and will cause no prejudice to the defendants.

                                                        Respectfully submitted,

                                                        JOFRAN SALES, INC.
                                                        By its attorneys,

                                                        /s/ Jennifer R. Kiefer
                                                        Maureen Mulligan, BBO #556482
                                                        Jennifer R. Kiefer, BBO #670033
                                                        Peabody & Arnold LLP
                                                        Federal Reserve Plaza
                                                        600 Atlantic Avenue
                                                        Boston, MA  02210-2261
                                                        Tel. (617) 951-2100
                                                        Fax. (617) 951-2125
                                                        mmulligan@peabodyarnold.com
                                                        jkiefer@peabodyarnold.com

Dated: June 21, 2016


958627_1
16190-200176

CERTIFICATE OF SERVICE

    I, Jennifer R. Kiefer, attorney for plaintiff, Jofran Sales, Inc., hereby certify this 21st day of June, 2016 that I efiled and will serve a copy of the foregoing document on all parties of record.

                                        /s/ Jennifer R. Kiefer
                                        Jennifer R. Kiefer