UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOFRAN SALES, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>WATKINS AND SHEPARD TRUCKING, INC.,<br><br>       Defendant,<br><br>and<br><br>THE PNC FINANCIAL SERVICES GROUP, INC.,<br><br>       Trustee Process Defendant. | CIVIL ACTION NO. |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, RESTRAINING ORDER AND TRUSTEE PROCESS ATTACHMENT**

The plaintiff, Jofran Sales, Inc. ("Jofran"), hereby moves for a preliminary injunction and restraining order preventing the defendant, Watkins and Shepard Trucking, Inc. ("Watkins"), from transferring or otherwise disposing of its assets in the amount of $658,301 until this litigation concludes. As explained in the attached memorandum of law, Jofran has a likelihood of success on the merits of its claims against Watkins. In addition, this injunction is necessary because Watkins (a privately held company) has recently been sold to a third party and there is a grave risk that the sale proceeds will be distributed to Watkins' owners or the company will wind down before this litigation concludes. The irreparable harm Jofran seeks to avoid far outweighs any risk of harm or inconvenience an injunction and restraining order might cause Watkins.

For these same reasons, Jofran also seeks an Order attaching by trustee process all of the goods, effects and credits of Watkins in the hand of the trustee process defendant, The PNC Financial Services Group, Inc. ("PNC"), in the amount of $658,301. Upon information and belief, Watkins maintains a bank account with PNC. Given the recent acquisition of Watkins by a third party, there is a reasonable likelihood that, unless an attachment is granted, Watkins will transfer the funds in the account.

For the reasons fully explained in the Verified Complaint and the attached memorandum of law in support of this motion, the plaintiff, Jofran Sales, Inc., respectfully requests that this Honorable Court issue the following:

a. A preliminary injunction preventing Watkins from depleting and/or distributing assets in the amount of $658,301 which would satisfy the minimum judgment Jofran expects to obtain against Watkins in this civil action.

b. An Order attaching by Trustee Process all of the goods, effects and credits of Watkins in the hands or possession of PNC in the amount of $658,301 and direct the clerk to issue a summons in the form attached hereto.

> JOFRAN SALES, INC.
> By its attorneys,
>
> /s/ Jennifer R. Kiefer
> Maureen Mulligan, BBO #556482
> Jennifer R. Kiefer, BBO #670033
> Peabody & Arnold LLP
> Federal Reserve Plaza
> 600 Atlantic Avenue
> Boston, MA  02210-2261
> Tel. (617) 951-2100
> Fax. (617) 951-2125
> mmulligan@peabodyarnold.com
> jkiefer@peabodyarnold.com

Dated: June 21, 2016

959864_1
16190-200176

<u>CERTIFICATE OF SERVICE</u>

I, Jennifer R. Kiefer, attorney for plaintiff, Jofran Sales, Inc., hereby certify this 21st day of June, 2016 that I efiled and will serve a copy of the foregoing document on all parties of record.

/s/ Jennifer R. Kiefer
Jennifer R. Kiefer
