UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOFRAN SALES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WATKINS AND SHEPARD TRUCKING, INC., <br><br> Defendant, <br><br> and <br><br> THE PNC FINANCIAL SERVICES GROUP, INC., <br><br> Trustee Process Defendant. | CIVIL ACTION NO. |

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND RESTRAINING ORDER**

Upon consideration of the Plaintiff's Motion and the accompanying affidavit, and the Plaintiff's Verified Complaint, it is hereby Ordered that the defendant, Watkins and Shepard Trucking, Inc., is barred and enjoined from directly or indirectly transferring or otherwise disposing of its assets in the amount of $658,301 until this litigation concludes.

Dated: June ___, 2016                              _____

959872_1
16190-200176

Case 1:16-cv-11174-FDS   Document 6-1   Filed 06/21/16   Page 2 of 2

2

CERTIFICATE OF SERVICE

I, Jennifer R. Kiefer, attorney for plaintiff, Jofran Sales, Inc., hereby certify this 21st day of June, 2016 that I efiled and will serve a copy of the foregoing document on all parties of record.

/s/ Jennifer R. Kiefer
Jennifer R. Kiefer