UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOFRAN SALES, INC., <br><br>    Plaintiff, <br><br>v. <br><br>WATKINS AND SHEPARD TRUCKING, INC., <br><br>    Defendant, <br><br>and <br><br>THE PNC FINANCIAL SERVICES GROUP, INC., <br><br>    Trustee Process Defendant. | CIVIL ACTION NO. |

### [PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR TRUSTEE PROCESS ATTACHMENT

Upon consideration of the Plaintiff's Motion and the accompanying affidavit, and the Plaintiff's Verified Complaint, the Court hereby orders the issuance of a Writ of Attachment in the amount of $658,301 on all of the goods, effects and credits of Watkins in the hands or possession of the trustee process defendant, The PNC Financial Services Group, Inc. ("PNC"). A summons in the form attached hereto shall issue to PNC.

Dated: June ___, 2016

                                                                                                                                                                                                         _____

959873\_1
16190-200176

## CERTIFICATE OF SERVICE

I, Jennifer R. Kiefer, attorney for plaintiff, Jofran Sales, Inc., hereby certify this 21st day of June, 2016 that I efiled and will serve a copy of the foregoing document on all parties of record.

/s/ Jennifer R. Kiefer
Jennifer R. Kiefer